Willy Alohalani Tuanaki
7900 E Princess Drive #1009
Scottsdale, Arizona 85255
Phone: 480-203-8475
email: wtuanaki@gmail.com
09/09/2025

| ☒ FILED | _____ LODGED |
|---|---|
| _____ RECEIVED | _____ COPY |

SEP 0 9 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **ONYX Enterprise Trust** | ) | Case No.: **CV 25-2184 PHX-DJH** |
| Plaintiff | ) | |
| Appearing by Fiduciary | ) | |
| Willy Alohalani Tuanaki, sui juris | ) | **PLAINTIFF'S MOTION TO** |
| v. | ) | **AMEND CAPTION** |
| | ) | **(Fed. R. Civ. P. 10(a), 15(a)(2), 17(a)(3))** |
| **Ally Financial Inc.** | ) | |
| **Ally Bank** | ) | |
| Defendants | ) | **Honorable Diane J. Humetewa** |
| | ) | |

Plaintiff, on behalf of its fiduciary/trustee, respectfully moves to amend the case caption to substitute **Willy Alohalani Tuanaki** as the named plaintiff in place of **ONYX Enterprise Trust**, and to direct that all prior filings in this matter be deemed to bear the amended caption without re-filing. This request is a clerical/identification correction only; it does not alter any claims, facts, defenses, deadlines, or parties on the defense side, and causes no prejudice to Defendants.

**GROUNDS**

1. **Rule 10(a)** requires the proper naming of parties in the caption; this motion corrects the plaintiff's designation for clarity and uniformity with related proceedings.

2. **Rule 17(a)(3)** ("Real Party in Interest") permits the Court to allow substitution/ratification to

ensure the action proceeds in the name of the proper party without dismissal. Courts routinely allow such corrections early in the case to avoid needless formality.

3. **Rule 15(a)(2)** favors leave to amend "when justice so requires." The amendment is ministerial, early, and non-prejudicial.

4. The correction promotes consistency with the parallel state record and avoids confusion in service, docketing, and future filings.

**REQUESTED RELIEF**

Plaintiff asks the Court to:

A. Amend the caption to read:

**Willy Alohalani Tuanaki, Plaintiff, v. Ally Financial Inc.; Ally Bank, Defendants.**

B. Direct that all prior filings in this action are **deemed amended** to reflect the corrected caption, nunc pro tunc to the date of this motion, without the need for re-filing.

C. Clarify that this amendment does not affect any pending or future deadlines and does not authorize or require any substantive changes to the pleadings absent further order. This amendment is for caption clarity only and shall not be construed as a waiver, abandonment, or dismissal of any claims, affidavits, notices, or motions already on the record.

A proposed order is submitted herewith.

Dated: September 9th, 2025

Respectfully submitted,

By: _____
Willy Alohalani Tuanaki, Plaintiff, sui juris
7900 E Princess Drive #1009
Scottsdale, Arizona 85255
480-203-8475 | wtuanaki@gmail.com

# DECLARATION OF WILLY ALOHALANI TUANAKI

I, **Willy Alohalani Tuanaki,** declare under penalty of perjury:

1. I am the plaintiff moving to correct the caption in this matter.

2. The change requested is solely to reflect me, **Willy Alohalani Tuanaki,** as the named plaintiff for clarity and uniformity.

3. The amendment **does not** change the claims or issues and **does not** prejudice Defendants.

4. Promptly after entry of an order, I will use the amended caption on all filings and communications with the Court and parties.

Executed this 9th day of September, 2025, in Scottsdale, Arizona.

By: _____
Willy Alohalani Tuanaki, sui juris
Plaintiff
7900 E Princess Drive #1009
Scottsdale, Arizona 85255
480-203-8475 | wtuanaki@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 09/09/2025, a true and correct copy of the foregoing **MOTION TO AMEND CAPTION** was served upon the following parties:

**ALLY FINANCIAL INC. and ALLY BANK:**
c/o Robin-Renee Keys
Bradley Arant Boult Cummings
1819 Fifth Avenue North
Birmingham, Alabama 35203

Service of this Motion is made on Defendants' counsel of record via email.  Formal Rule 4 service of the summons and complaint will be effected promptly upon resolution of this Motion.

**Method of Service:**

- **Email:** rkeys@bradley.com

Submitted Respectfully,

By: **/s/ Willy Alohalani Tuanaki    09/09/2025**
Willy Alohalani Tuanaki
7900 E Princess Drive #1009
Scottsdale, Arizona 85255
480-203-8475

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO AMEND

## CAPTION

Having considered *Plaintiff's Motion to Amend Caption* and good cause appearing,

**IT IS ORDERED** that:

    1. The case caption is amended to reflect **Willy Alohalani Tuanaki** as the Plaintiff in place of **ONYX Enterprise Trust**.

    2. This amendment is a clerical correction only, made pursuant to Fed. R. Civ. P. 10(a), 15(a)(2), and 17(a)(3). It is ministerial in nature, non-substantive, and causes no prejudice to Defendants.

    3. Nunc pro tunc: All prior filings in this action are deemed amended to reflect the corrected caption without need for re-filing.

    4. The Clerk of Court is directed to update the docket accordingly.

IT IS SO ORDERED.

Dated: _____, 2025

_____
Hon. Diane J. Humetewa
United States District Judge